UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>Arturo RIVERA-GALLEGOS,<br><br>                            Defendant. | Case No.: 21-MJ-4711-BGS<br><br>**ORDER ON MOTION TO REVOKE DETENTION ORDER** |

    Defendant Arturo Rivera-Gallegos ("Defendant") moves this Court pursuant to 18 U.S.C. § 3145(b) to revoke the detention order. (ECF No. 12.) On December 1, 2021, this Court detained the Defendant based on serious risk of flight. (*See* ECF No. 12-1 at 5.) The Court adopts its reasons for detention made on that date to support his detaining the Defendant. (*See id.* at 3–6.)

    The Defendant is a citizen of Mexico with no legal right to remain in the United States. The Defendant has 4 deportations and a serious criminal record. The Defendant committed 3 felonies between the years 1995–1997. The Court focuses on two more recent felonies. On December 1, 2009, the Defendant was convicted under 8 U.S.C. §

1326 and received a 30-month sentence followed by a period of supervised release. The Defendant then violated the terms of his supervised release and was revoked, being sentenced to 15 months incarceration. More significantly, the Defendant was then convicted of assault on a federal officer, as well as 8 U.S.C. § 1326. The Defendant was given a 78-month sentence of incarceration which was to be followed by a period of 3 years of supervised release. The assault conviction indicated to the Court that he poses a serious danger to federal officers. *See* 18 U.S.C. § 3142(g).

At the time of the offense, the Defendant ran from the officers until he was fatigued. Then, instead of stopping, he continued to walk away from the officer. This behavior evidences his intent to flee.

The Defendant's ties to the Central District are significant in that his lifelong partner and his 3 U.S. born children were raised there. (ECF No. 12 at 2.) The Defendant proffers his partner as a surety and recommends a personal appearance bond with a $2,000.00 cash deposit. (*Id.* at 2–3.)

The Court again finds that the Defendant is a serious risk of flight for the reasons stated herein.

**IT IS SO ORDERED**.

Dated: December 20, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge